## ORDER

Petition for Writ of Habeas Corpus denied without prejudice.

■

**Charles CAMARDO**

v.

**John MORAN and the Superior Court of the State of Rhode Island.**

No. 81–293–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

John F. Cicilline, Providence, for petitioner.

## ORDER

Petition for Writ of Habeas Corpus is denied without prejudice.

■

**In re JAMES G.**

No. 81–612–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

William F. Reilly, Public Defender, Stephen C. Bridge, Assistant Public Defender, for petitioner.

## ORDER

Petition for Writ of Habeas Corpus denied without prejudice.

■

**In re GRAND JURY SUPOENA DUCES TECUM ADDRESSED TO ORTHOPEDIC SPECIALISTS, INC.**

No. 81–284–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

Mandell, Aisenberg & Goodman, Mark S. Mandell, Martin W. Aisenberg, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Joseph P. Ippolito, Jr., Sp. Asst. Atty. Gen., for respondent.

## ORDER

Petition for Writ of Certiorari denied without prejudice.

■

**Joseph NICOLETTI**

v.

**John MORAN and the Superior Court of the State of Rhode Island.**

No. 81–291–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

James A. Ruggiero, Providence, for petitioner.

## ORDER

Petition for Writ of Habeas Corpus is denied without prejudice.